IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

TIM M. HILL, II                                               PLAINTIFF

V.                                    CAUSE NO. 5:18-CV-21-DCB-MTP

UNITED STATES OF AMERICA                                      DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on a Motion to Dismiss [Doc. 2] filed by the United States of America, on behalf of the Department of Veteran Affairs, and the Court having granted the Motion by an Order and Opinion of even date herewith, and having dismissed this action without prejudice;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this the 20th day of April, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE